No. 22-1160

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| GROUPON, INC. | Appeal from the United States District Court for the Northern |
| Plaintiff-Appellee, | District of Illinois, Eastern Division |
| v. | No. 1:21-cv-06082 |
| SUNG SHIN, | Honorable Charles P. Kocoras Judge Presiding |
| Defendant-Appellant | |

## AGREED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Sung Shin by his counsel, and with the agreement of Groupon, Inc. by their counsel, respectfully move for entry of an order pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure ("FRAP") dismissing this appeal with prejudice. In support of this motion, Sung Shin states as follows.

1. Sung Shin timely initiated the present interlocutory appeal pursuant to 28 U.S.C. § 1292 and FRAP 3 of an order entered on January 6, 2022 ("2022 Order") granting Plaintiff Groupon, Inc.'s Motion for Preliminary Injunction (Dkt. No. 50). Shin also appealed from the District Court's minute order on January 28, 2022 denying Defendant Shin's Motion to Dismiss

for Lack of Personal Jurisdiction (Fed. R. Civ. P. 12(b)(2)), or in the Alternative, Motion to Transfer Venue (Dkt. No. 54).

2. That same day, this Court issued an order setting Appellant's brief due on or before 03/14/2022. (Dkt. 1-2). The next day, this Court issued an order directing that: "Both appellant and appellee shall file, on or before February 15, 2022 a brief memorandum stating why the parties should not return to the district court to seek and obtain an injunction order that complies with the requirement of Fed. R. Civ. P. 65 (d)(1)(C), and addressing with particularity why the district court's denial of defendant's motion to dismiss for lack of personal jurisdiction, or alternatively for a change of venue, is "inextricably intertwined" with the injunction." (Dkt. 2). The parties filed their respective memoranda on February 15, 2022. (Dkts. 7, 8).

3. No opinion has been issued by the court on these issues. Accordingly, Appellant filed an Unopposed Motion for Extension to File Opening Brief on March 3, 2022. (Dkt. 9). On March 4, 2022, the Court ordered that the briefing in this appeal be suspended. (Dkt. 10).

4. Sung Shin and Groupon, Inc., with the assistance of the Seventh Circuit mediator, have reached a resolution and entered into a confidential Settlement Agreement on August 31, 2022.

5. Each party will bear their own costs and fees associated with this appeal.

**WHEREFORE**, Sung Shin, with Groupon Inc.'s agreement, respectfully requests entry of an order granting Sung Shin's motion to voluntarily dismiss this appeal with prejudice and without fees or costs to either party.

DATED:   September 12, 2022        MACDONLD HOAGUE & BAYLESS

By: */s/ Jesse Wing*
    Jesse Wing, Illinois Bar # 90784355
    705 Second Avenue, Suite 1500
    Seattle, WA 98104
    Phone: (206) 622-1604
    Email: jessew@mhb.com
    Attorney for Defendant, Sung Shin


By: */s/ Shawn D. Fabian*
Shawn D. Fabian (6310637)
70 West Madison Street, 48th Floor
Chicago, Illinois 60602
Tel: (312) 499-6300
sfabian@sheppardmullin.com

# CERTIFICATE OF SERVICE

The undersigned further certifies that on September 12, 2022, he electronically filed the foregoing **Agreed Motion for Voluntary Dismissal with Prejudice and Without Attorney Fees or Costs to Either Party** with the Clerk of Court using the CM/ECF system which will send notification to the following counsel of record:

    Kevin M. Cloutier (6273805)
    Shawn D. Fabian (6310637)
    **SHEPPARD MULLIN RICHTER & HAMPTON LLP**
    70 West Madison Street, 48th Floor
    Chicago, Illinois 60602
    Tel: (312) 499-6300
    Fax: (313) 499-6301
    kcloutier@sheppardmullin.com
    sfabian@sheppardmullin.com
    *Attorneys for Plaintiff Groupon, Inc.*

                                                */s/ Trish Weissmann*

                                                Trish Weissmann, Legal Assistant